IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) RICARDO BETANCOURT-MUNOZ<br>2) JOSE RAMON PARRA-BOTERO<br>3) WILLIAM GARZON<br>4) CARLOS MAESTRE-ASTACIO<br>5) MANUEL DE JESUS CEDENO-VILORIO<br>6) MIGUEL ANGEL BUILES-MEJIA<br>7) JOSE GOMEZ-CUBERO and<br>**8) JOSE I. VALENTIN-LOPEZ**<br>Defendants | CRIMINAL 10-0113CCC |

# O R D E R

Having considered the Report and Recommendation filed on June 17, 2011 (**docket entry 57**) on a Rule 11 proceeding of defendant (8) José I. Valentín-López held before U.S. Magistrate Judge Bruce J. McGiverin on June 17, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant José I. Valentín-López is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 17, 2011. The **sentencing hearing is set for September 28, 2011 at 4:30 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on June 28, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge